474 A.2d 672

Commonwealth v. Hammond, Appellant.

Petition for Allowance of Appeal
Denied Nov. 5, 1984.

Submitted January 5, 1984. Joseph F. Sklarosky, Assistant Public Defender, for appellant; Robert J. Gillespie, Jr., District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WICKERSHAM and ROBERTS, JJ.

Judgment of sentence affirmed.

474 A.2d 672

Commonwealth v. Ivey, Appellant.

Submitted November 18, 1983. Arlan Ryna Mintz, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.